MAYER BROWN LLP
Archis A. Parasharami (SBN 321661)
  *aparasharami@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000

Sarah E. Reynolds (SBN 319780)
  *sreynolds@mayerbrown.com*
Samantha C. Booth (SBN 298852)
  *sbooth@mayerbrown.com*
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2055

*Attorneys for Defendant Lyft, Inc.*

JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
  *michael@jlglawyers.com*
Ryan A. Stubbe (SBN 289074)
  *ryan@jlglawyers.com*
300 West Glenoaks Blvd., Suite 300
Glendale, CA 91202
Telephone: (818) 630-7280

ARIAS SANGUINETTI WANG & TORRIJOS, LLP
Mike Arias (SBN 115385)
  *mike@aswtlawyers.com*
Alfredo Torrijos (SBN 222458)
  *alfredo@aswtlawyers.com*
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
Telephone: (310) 844-9696

*Attorneys for Plaintiff Antonio Tecson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO TECSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LYFT, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:18-cv-06782-YGR<br><br>**[PROPOSED] ORDER**<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to the parties' stipulation, it is **ORDERED** that Plaintiff Antonio Tecson's claims are hereby **DISMISSED WITH PREJUDICE**, and that Plaintiff shall pay costs to Defendant in the amount of $1,864.50. Except for this amount, Plaintiff and Defendant shall bear their own respective costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: ___July 10, 2019___

_____
The Honorable Yvonne Gonzales Rogers
United States District Judge